

**FILED**
OCT 10 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8842

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | Magistrate Case No.: |
|                    Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
|             v.                ) | 21 U.S.C. § 952 and 960 |
| Julio Cesar CASTRO-Velasquez  ) | Importation of a Controlled Substance (Felony) |
|                    Defendant. ) | |

The undersigned complainant being duly sworn states:

That on or about October 10, 2007, within the Southern District of California, defendant Julio Cesar CASTRO-Velasquez did knowingly and intentionally import approximately 0.86 kilograms (1.89 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached statement of facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence this 10th day of October 2007.

_____
Peter C. Lewis
United States Magistrate Judge

UNITED STATES OF AMERICA
v.
Julio Cesar CASTRO-Velasquez

STATEMENT OF FACTS

This complaint is based on the reports and documents furnished to U. S. Immigration and Customs Enforcement Special Agent Russell H. Vensk, Jr.

On October 10, 2007, at approximately 0030 hours, Julio Cesar CASTRO-Velasquez, a citizen of Mexico, entered the U.S. at the Calexico, Ca. West Port of Entry from Mexico. CASTRO entered via pedestrian primary.

At primary, Customs & Border Protection Officer (CBPO) Carmen Estrada noticed a bulge on CASTRO's left thigh. CBPO Estrada attempted to perform a pat down search for weapons, but CASTRO attempted to abscond to Mexico. CBPO Castro and U.S Protect Security Guard Saul Burquez had to physically restrain CASTRO, who was then escorted to secondary inspection.

In secondary, CBPO Salvador Lopez discovered one package taped to the left thigh and one package taped to the right thigh of CASTRO. CBPO Lopez probed one of the packages and extracted a crystal like substance that field-tested positive for the presence of methamphetamine. The packages had a total weight of 0.86 kilograms (1.89 pounds).