1 **HEATHER R. ROGERS**
California State Bar No. 229519
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Facsimile: (619) 687-2666
e-mail: heather_rogers@fd.org
5

6 Attorneys for Mr. Castro-Velasquez

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 07mj8842 |
| 12             Plaintiff, | ) | |
| 13 v. | ) | **PROOF OF SERVICE** |
| 14 **JULIO CESAR CASTRO-VELASQUEZ**, | ) | |
| 15             Defendant. | ) | |

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of
18 her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day
19 upon:

20         **United States Attorney's Office**
         efile.dkt.gc1@usdoj.gov
21

22 Dated: October 15, 2007                    *s/ Heather R. Rogers*
                                              **HEATHER R. ROGERS**
23                                            Federal Defenders
                                              225 Broadway, Suite 900
24                                            San Diego, CA 92101-5030
                                              (619) 234-8467 (tel)
25                                            (619) 687-2666 (fax)
                                              e-mail: heather_rogers@fd.org
26

27

28