```
                                    FILED
                                   NOV - 8 2007
                              CLERK, U.S. DISTRICT COURT
                            SOUTHERN DISTRICT OF CALIFORNIA
                            BY    EF            DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3036-JAH |
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine (Felony) |
| JULIO CESAR CASTRO-VELASQUEZ, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about October 10, 2007, within the Southern District of California, defendant JULIO CESAR CASTRO-VELASQUEZ, did knowingly and intentionally import 500 grams or more, to wit: approximately .86 kilograms (1.89 pounds), of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: November 8, 2007.

KAREN P. HEWITT
United States Attorney

*/s/ John R. Weis Jr.*

REBECCA S. KANTER
Assistant U.S. Attorney

RSK:psd:Imperial
11/8/07