AO 455 (Rev. 5/85)  Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JULIO CESAR CASTRO-VELASQUEZ | CASE NUMBER: _07C23036JAH_ |

I, JULIO CESAR CASTRO-VELASQUEZ, the above-named defendant, who is accused of committing the

following offense:

Importation of Methamphetamine, in violation of Title 21, United States Code, Sections 952 and 960
(Felony).

Being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court

on ___11/8/07___ prosecution by indictment and consent that the proceeding may be by information

rather than by indictment.

_____
Defendant

_____
Defense Counsel

Before _____
            Judicial Officer

**FILED**

NOV – 8 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY