```
 1  HEATHER R. ROGERS
    California State Bar No. 229519
 2  427 C. Street, Suite #300
    San Diego, California 92101
 3  Telephone: (619) 985-2539
    Fax: (619) 684-2796
 4
 5  Attorney for Julio Cesar Castro-Velasquez
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| UNITED STATES OF AMERICA, | ) Case No. 07cr03036-JAH |
|---|---|
| Plaintiff, | ) ACKNOWLEDGMENT OF<br>) NEXT COURT DATE |
| v. | ) |
| JULIO CASTRO-VELASQUEZ, | ) |
| Defendant. | ) |

I, Julio Castro-Velasquez, hereby acknowledge that my next court date to appear before the United States District Court for the Southern District of California is December 6, 2007, at 1:30 p.m. before Honorable Peter C. Lewis.

I declare that the foregoing is true and correct.

DATED: Nov-20-07

_____
JULIO CASTRO-VELASQUEZ