1  HEATHER R. ROGERS
   California State Bar No. 229519
2  427 C. Street, Suite #300
   San Diego, California  92101
3  Telephone:  (619) 985-2539
   Fax: (619) 684-2796
4
5  Attorney for Julio Cesar Castro-Velasquez
6
7
8              UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA
10                **(HONORABLE JOHN A. HOUSTON)**

11 | UNITED STATES OF AMERICA, | ) | Case No. 07cr03036-JAH |
   |                           | ) |                        |
12 |         Plaintiff,        | ) |                        |
   |                           | ) |                        |
13 | v.                        | ) | PROOF OF SERVICE       |
   |                           | ) |                        |
14 | JULIO CASTRO-VELASQUEZ,   | ) |                        |
   |                           | ) |                        |
15 |         Defendant.        | ) |                        |
   |                           | ) |                        |
16

17        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of
18 her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day
19 upon:
20        **United States Attorney's Office**
          efile.dkt.gc2@usdoj.gov
21
22
23 Dated: November 25, 2007           /s/ Heather R. Rogers
                                      **HEATHER R. ROGERS**
                                      427 C. Street, Suite #300
24                                    San Diego, CA 92101-5030
                                      Telephone:  (619) 985-2539
25                                    Fax: (619) 684-2796
                                      e-mail: Heather_Rogers@rogersdefense.com
26
27
28